NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEUTSCHE RESIDENTIAL
MORTGAGE, CO.,

      Appellant,

v.

ORLANDO REALTY GROUP, LLC;
WILMINGTON SAVINGS FUND
SOCIETY, FSB, as Trustee of Stanwich
Mortgage Loan Trust B; DAVID G.
KAPES; UNKNOWN SPOUSE; THE
RAM-SEA II CONDOMINIUM
ASSOCIATION, INC.; PARKES
INVESTMENTS, LLC; and OUTBIDYA,
INC.,

      Appellees.

Case No. 2D17-4136

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack St. Arnold, Judge.

Thomas A. Burns of Burns, P.A., Tampa,
for Appellant.

Brian T. Anderson of Schatt Hesser
McGraw, Ocala, for Appellee Orlando
Realty Group.

Christian Gendreau of Storey Law Group,
P.A., Orlando, for Appellee Wilmington
Savings.

Scott B. Tankel of Tankel Law Group,
Dunedin, for Appellee Ram-Sea II
Condominium Association.

Roy C. Skelton, Clearwater, for Appellees
Parkes Investments and Outbidya.

No appearance for remaining Appellees.


PER CURIAM.


      Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.